IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| vs. * | CASE NO.4:11-CR-8-CDL |
| ANTONIO GENE ALFORD, * | |
| Defendant. * | |

ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 26, 2013 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit.

IT IS SO ORDERED, this 12th day of September, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE